AUGUSTUS M. FREDRICSON, as Executor of WILLIAM ESTABROOK, Deceased, Respondent, *v.* NEWBURGH LIGHT, HEAT AND POWER COMPANY, Appellant, Impleaded with Another.

*Estabrook* v. *Newburgh Light, Heat & Power Co.,* 155 App. Div. 917, affirmed.
(Argued February 1, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1913, affirming a judgment in favor of plaintiff's testator entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff's testator through the negligence of defendant.

*Arthur F. Gotthold* and *John L. Wilkie* for appellant.

*Robert H. Barnett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.